UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                  **RE:**    Geganush DILAKYAN
                                               Docket Number:   2:00CR00289-01
                                               PERMISSION TO TRAVEL
                                               <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The probationer is requesting permission to travel to Madrid, Spain to visit with family. She is current with all supervision obligations, and the probation officer recommends approval be granted even though she still owes $985,000 restitution. Probation will expire next February and the cost of the trip would not substantially reduce the restitution balance if applied. The Assistant United States Attorney has no objection.

**Conviction and Sentencing Date:**  On February 4, 2003, Geganush Dilakyan was sentenced for the offense(s) of 18 USC 1347 and 2 - Health Care Fraud, Aiding and Abetting.

**Sentence imposed:**  4 years probation; $990,000 restitution; $100 special assessment.

**Dates and Mode of Travel:**  Departing September 26, 2006 and returning October 10, 2006, via Lufthansa Airlines.

**Purpose:**  To visit family members from several countries. The probationer has not seen them in 17 years.

**RE:**   Geganush DILAKYAN
Docket Number:   2:00CR00289-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/   John A. Poglinco

**JOHN A. POGLINCO**
Senior United States Probation Officer

**DATED:**   September 20, 2006
Sacramento, California
JAP:jz

**REVIEWED BY:**   /s/   Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

Approved   ✔        Disapproved _____

  September 20, 2006
**Date**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT